## OHIO SUPREME COURT—Continued

### Weekly Report of NEW CASES DOCKETED

#### INDEX OF CASES

American Guarn. Co. v. Cliff Wood & Sup. Co.... 19837
Aurand v. Toledo & O. Cent. Rd. Co.............. 19826
Gardner v. Kern ................................ 19834
Halliday v. Dempsey ........................... 19830
Kolliker v. Willard............................ 19838
Likens v. Indust. Com......................... 19831
Myers v. State ................................ 19832
Napoleon (Vil.) v. Schilperoot.................. 19825
N. Y. Cent. Rd. Co. v. Irvine.................. 19833
Sohngen, Rec. v. Marshall et...................19835-36
State ex. Celina Mut. Cas. Co. v. Conn......... 19829
State ex. Mercer Cas. Co. v. Conn.............. 19827
State ex. National Mut. Ins. Co. v. Conn......... 19828

#### MAY 19, 1926

19825—Village of Napoleon v. Anna Schilperoot. Motion for Henry Appeals to certify. C. Prentiss, Napoleon, for pltff; Geo. S. May, Napoleon and Winn & Geller, Defiance, for deft.

19826—Lucy B. Aurand v. Toledo & Ohio Cent. Rd. Co. Motion for Lucas Appeals to certify. Thatcher & Meek, Toledo, for pltff; Doyle & Lewis, Toledo, for deft.

19827—State of Ohio ex. rel. Mercer Casualty Co. v. Harry L. Conn, superintendent of Insurance. In Mandamus. Knepper & Wilcox, Columbus, Vorys, Sater, Seymour & Pease, Columbus,. and Loree & Kloeb, Celina, for pltff; Crabbe and C. S. Younger, Columbus, for deft.

19828—State of Ohio ex. rel. National Mutual Ins. Co. v. Harry L. Conn, superintendent of Insurance; in mandamus. Vorys, Sater, Seymour & Pease, Columbus, Knepper & Wilcox, Columbus, and Loree & Kloeb, Celina, for pltff; C. C. Crabbe and C. S. Younger, Columbus, for deft.

19829—State of Ohio ex. rel. Celina Mutual Cas. Co. v. Harry L. Conn as superintendent of Insurance; in mandamus. Vorys, Sater, Seymour & Pease, Columbus, Knepper & Wilcox, Columbus, and Loree & Kloeb, Celina, for pltff; C. C. Crabbe and C. S. Younger, Columbus, for deft.

19830—Mabel F. Halliday v. Mabel V. Dempsey; motion for Cuyahoga Appeals to certify. W. Halliday, Cleveland, for pltff; J. P. Thompson and J. M. Harris, Cleveland, for deft.

19831—Laura S. Likens v. Industrial Commission of Ohio; motion for Summit Appeals to certify. Musser, Kimber & Huffman, Akron, for pltff; C. C. Crabbe and R. R. Zurmehly, Columbus, and G. W. Booth and W. H. Slabaugh, Akron, for deft.

19832—Wm. F. Myers v. State of Ohio; motion for leave to file petition in error to Delaware Appeals. C. D. Saviers, Columbus, and B. Jones Delaware, for pltff; E. S. Owens and E. M. Wickham, Delaware, for deft.

#### MAY 20, 1926

19833—New York Cent. Rd. Co. v. James Irvine; motion for Cuyahoga Appeals to certify. West, Lamb & Westenhaver, Cleveland, for pltff; Bernsteen & Bernsteen, Cleveland, for deft.

#### MAY 21, 1926

19834—Harriet A. Gardner v. Lottie Kern; motion for Sandusky Appeals to certify. Miller, Brady, Yager & Leidy, Toledo, for pltff; Parkhurst & Vickery, Bellevue, for deft.

#### MAY 24, 1926

19835-36—Geo. P. Sohngen, receiver of Cinc. & Day. Trac. Co. v. C. C. Marshrall, F. B. Mauller and G. T. Poor as Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. S. I. Lipp, Cincinnati, for pltff; C. C. Crabbe and J. W. Bricker, Columbus, for defts.

#### MAY 25, 1926

19837—American Guaranty Co. v. Cliff Wood Coal & Supply Co; motion for Harding Appeals to certify. Williams, Sinks, Gearheart & Williams, Columbus; C. W. Faulkner, Kenton, for pltff; Stillings & Johnson, Kenton; D. R. Tripplehorn, Lima, for deft.

19838—Margaret Kolliker v. Hudson E. Willard; motion for Cuyahoga Appeals to certify. Leroy S. Mills, for pltff; R. G. Curren, for deft, all of Cleveland.

### PROCEEDINGS OF SUPREME COURT

#### INDEX OF CASES DECIDED
#### TUESDAY, MAY 25, 1926
#### GENERAL DOCKET

Albert v. Gus Juengling & Sons Co............. 19258
Brady et v. Stafford........................... 19268
Butcher's Work Un. v. Gus Juengling & Sons Co.. 19259
Cent. Nat. Bk. v. Dotson...................... 19491
Hirsch v. Conn ............................... 19759
Lake Shore Elect. Ry. Co. et v. Pub. Util Com..... 19509
Logan Gas Co. v. Pub Util. Com................ 19670
Mellon v. Weber .............................. 19442
No. East. Oil & Gas Co. v. Hellenic Pet. Gas Co... 19477
Ritzi v. Youngstown Ice Co..................... 19606
Romberger v. Curl et ........................ 19608
State v. Joseph................................ 19563
Youngstown Municip. Ry. Co. v. Pub. Util. Com..19599

#### MOTION DOCKET

Atkins v. State................................ 19679
Burton Coal Co. v. J. P. Gorman Coal Co......... 19705
Conkle v. Bellevue (City)...................... 19725
Daiker v. Morris.............................. 19721
Giddings v. Shaker Hts. (Vil.)................. 19710
Hartzler v. Logan Co. et. (Joint Bd.)............ 19716
Halliday v. Clancey...........................19728-29
Jackson v. Miller et..........................19719
Jacobs v. Ferris ............................. 19779
N. Y. Cent. Rd. Co. v. Mrkela.................. 19767
Palmer Blair Co. v. Toledo Mant. & Tile Co...... 19778
Reeb, In re Assignment of..................... 19714
Reeves Mfg. Co. v. Nichols.................... 19722
State ex. Pub. U. C. v. N. Y. Cent. Rd.......... 19692
Thurman et. v. Harman et..................... 19735
Wals v. Strosnider............................. 19739

#### GENERAL DOCKET

19258—Edward Albert v. Gus Juengling & Sons Co., Hamilton. Judgment reversed. Dock. 7-13-25; 3 Abs. 451.

19259—Butchers' Workmens' union, local No. 610 v. Gus Juengling & Sons Co., Hamilton. Judgment reversed. Dock. 7-13-25; 3 Abs. 451.

19268—B. F. Brady et v. H. I. N. Stafford, receiver,